No. 93–7545. HILL *v.* TEXAS. Ct. Crim. App. Tex.;
No. 93–8683. ROMINE *v.* ZANT, WARDEN. Sup. Ct. Ga.;
No. 93–8728. SCOTT *v.* OHIO. Ct. App. Ohio, Cuyahoga County;
No. 93–8730. GILES *v.* ALABAMA. Sup. Ct. Ala.; and
No. 93–9049. PALMER *v.* CLARKE, WARDEN. C. A. 8th Cir. Certiorari denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent

in *Callins* v. *Collins,* 510 U. S. 1141, 1143 (1994), I would grant certiorari and vacate the death sentences in these cases.